UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61028-CIV-DIMITROULEAS

VIRENDRA AMIN,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

CIGNA LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties Stipulation for Dismissal [DE 21]. The Court has carefully reviewed the joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Stipulation for Dismissal [DE 21] is hereby **APPROVED**;

2. The above-styled case is hereby **DISMISSED with prejudice**;

3. The Court shall retain jurisdiction to enforce the settlement;

4 The clerk shall close this case;

5. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Rosenbaum
Sherrill M. Colombo, Esq.
Eric L. Berger, Esq.